**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | Judge |
| **OFFICER JACKSON;** | ) | |
| Individually; AND, COOK COUNTY | ) | |
| **ILLINOIS** | ) | Magistrate Judge |
| | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MICHAEL SMITH, by and through his attorneys, Gregory E. Kulis & Associates, and for his Complaint against the Defendant, OFFICER JACKSON; individually; and COOK COUNTY, ILLINOIS, states as follows:

### COUNT I— EXCESSIVE FORCE

1. This action is brought pursuant to the law of the U.S. Constitution, specifically 42 U.S.C. § 1983 and §1984. That jurisdiction is proper with this court pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

2. That the Plaintiff, MICHAEL SMITH, is a resident of the state of Illinois.

3. That on or about November 2, 2008, the Plaintiff was in custody in boot camp through the Cook County Jail in Chicago, Illinois.

4. The Defendant, OFFICER JACKSON was Cook County Deputy Sheriff working at the boot camp at Cook County Jail.

1

5. That at all times relevant, Defendant OFFICER JACKSON, was a drill instructor and was acting as an employee/agent of the Cook County Jail and the Sheriff of Cook County.

6. On or about November 2, 2008, Defendant OFFICER JACKSON, without just cause or provocation physically attacked the Plaintiff.

7. The Plaintiff, MICHAEL SMITH, was injured.

8. Said use of force was excessive, unprovoked and unreasonable.

9. The actions of the Defendant were intentional, willful, and wanton.

10. Said actions violated the Plaintiff's Fourth Amendment and Eighth Amendment rights and were in violation of said rights as protected in 42 U.S.C. §1983.

11. That as a direct and proximate result of the actions of the Defendant, the Plaintiff suffered fear, emotional distress, anxiety, pain and suffering.

WHEREFORE, the Plaintiff, MICHAEL SMITH, prays that this Honorable Court enter judgment against the Defendant, OFFICER JACKSON, in excess of TEN THOUSAND DOLLARS AND 00/100 ($10,000.00) for compensatory damages and in excess of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) for punitive damages, plus attorney's fees and costs.

### COUNT II— INDEMNIFICATION-COOK COUNTY, ILLINOIS

1-11. That the Plaintiff re-alleges and incorporates paragraphs 1 through 11 of COUNT I as paragraphs 1-11of COUNT II as though fully set forth herein.

12. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

3

13. Defendant Officer JACKSON was or is an employee of COOK COUNTY, ILLINOIS, and acted within the scope of his employment in committing the misconduct described herein.

WHEREFORE, should Defendant Officer Jackson be found liable for the acts alleged above, Defendant COOK COUNTY, ILLINOIS would be liable to pay the Plaintiff any judgment obtained against said Defendant.

## JURY DEMAND

Plaintiff MICHAEL SMITH prays for trial by jury.

Respectfully submitted,

/s/ GREGORY E. KULIS
Gregory E. Kulis & Associates

GREGORY E. KULIS
GREGORY E. KULIS AND ASSOCIATES
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830